North Carolina
Orange County

**FILED**

2015 APR 15 AM 10: 37

ORANGE CO., C.S.C.

BY

In the General Court of Justice
Superior Court Division

| | |
|---|---|
| Geary Blackwood | ) |
| Plaintiff | ) |
| | ) |
| v. | )  15 CvS _____ |
| | ) |
| CASE Construction Equipment Inc., | ) |
| Case, LLC, CNH America, LLC, | ) |
| CNH Industrial America, LLC, Case IH, | ) |
| Case IH Agricultural Equipment, INC., | ) |
| CNH Industrial, CNH Industrial N.V. | ) |
| and, Hills Machinery Company, LLC | ) |
| | ) |
| Defendant | ) |
| | ) |

## COMPLAINT

NOW COMES THE PLAINTIFF, Geary Blackwood (sometimes hereinafter "Plaintiff" or "Blackwood") complaining of the Defendants, CASE Construction Equipment Inc., Case, LLC, Case IH Agricultural Equipment, INC., CNH America, LLC, CNH Industrial America, LLC., Case IH, CNH Industrial, CNH Industrial, N.V. (sometimes hereinafter collectively referred to as "Case") and Defendant Hills Machinery Company, LLC (sometimes hereinafter referred to as "Hills") alleging and saying as follows:

### PARTIES

1. Blackwood, is a citizen and resident of Orange County, Chapel Hill, North Carolina.

2. Case is an international conglomerate with its worldwide headquarters in Basildon, Essex, United Kingdom and its American operation's principal location in Racine, WI, that is in the business of manufacturing and selling construction and farm equipment through various dealers including its dealer for new Case Construction Equipment in North Carolina, Hills.

1

EXHIBIT 1

3. Hills is a retailer of new and used construction equipment with multiple locations in North Carolina including Wake County, Raleigh, and is the new Case Construction Equipment dealer for North Carolina.

FACTS

4. On or about July 9 or 10, 2013 Hills sold to Blackwood and Blackwood purchased from Hills a Case TK 320 loader VIN JAFTR320CCM462655 (hereinafter "Case TK 320"), manufactured and assembled by Case, which was intended for year-around use including use during times of cold weather and came equipped with a heated seat.

5. Blackwood is in the business of clearing and grading property and purchased the Case TK 320 for that purpose. Blackwood uses the Case TK 320 for its intended purpose year-round including during times of cold weather.

6. The seat of the Case TK 320 is heated through various wires in the seat that provide warmth when an electric current is applied. The heated seat is intended to provide warmth without burning the person occupying the seat.

7. On February 19, 2014 Blackwood was using the Case TK 320 to clear land. The weather was cold and he turned on the heated seat. He operated the Case TK 320 for about four hours with the heated seat on. When he finished using the Case TK 320 his buttocks were severely burned from the excessive heat put out by the heated seat.

PRODUCT LIABILITY CLAIMS

8. BREACH OF IMPLIED WARRENTY: Defendants collectively and individually have breached their implied warranties of merchantability of the Case TK 320 and its use including its use with the heated seat engaged as follows [N.C.G.S. §25-2-314, Dewitt v. Eveready Battery Co., INC., 355 N.C. 672, 565 S.E.2d 140 (2002)]:

      a. The Case TK 320 and all of its component parts including its heated seat as referenced above was subject to an implied warranty of merchantability;

2

b. The Case TK 320 did not comply with the warranty in that the heated seat was defective at the time of sale;

c. The Plaintiff was injured due to the defective nature of the Case TK 320 heated seat; and,

d. The Plaintiff sustained damage as a result of the defective nature of the Case TK 320 heated seat.

9. INADEQUATE WARNING OR INSTRUCTION: The Defendants collectively and individually acted unreasonably in failing to provide such warning or instruction regarding the use of the Case TK 320 heated seat and such was a proximate cause of the injury and damage sustained by the Plaintiff, and (either a. or b.) [N.C.G.S. §99B-5(a)(1)(2)];

a. At the time the Case TK 320 left the control of Case and/or Hills, the Case TK 320, without an adequate warning or instruction, created an unreasonably dangerous condition that Case and/or Hills knew, or in the exercise of ordinary care should have known, posed a substantial risk of harm to Plaintiff, a reasonably foreseeable claimant; or,

b. After the Case TK 320 left the control of Case and/or Hills, Case and/or Hills became aware of or in the exercise of ordinary care should have known that the Case TK 320 heated seat posed a substantial risk of harm to Plaintiff, a reasonably foreseeable user or consumer, and failed to take reasonable steps to give adequate warning or instruction or to take other reasonable action under the circumstances.

10. INADEQUATE DESIGN; Case, at the time of the manufacture of the Case TK 320 acted unreasonably in designing the heated seat, that this conduct was a proximate cause of the harm for which Blackwood seeks damages and any one of the following existed [N.C.G.S. §99B-6]:

a. At the time the Case TK 320 and its heated seat left the control of Case, Case unreasonably failed to adopt a safer, practical, feasible, and otherwise reasonable alternative design that could then have been reasonably adopted and that would have prevented or substantially reduced the risk of harm without substantially impairing the usefulness, practicality, or desirability of the Case TK 320 and its heated seat.

3

b. At the time the Case TK 320 and its heated seat left the control of Case, the design of the Case TK 320 and its heated seat was so unreasonable that a reasonable person, aware of the relevant facts, would not use a product of this design.

## PROXIMATE CAUSE

11. Defendants' conduct as alleged above is a proximate cause of injury and damage to Blackwood.

## DAMAGES

12. Blackwood has been injured and damaged both generally and specially as a result of the burns he sustained growing out of the events and conduct alleged above as follows:

    a. He has incurred medical expenses:

    b. He has endured pain and suffering.

    c. He has scars and disfigurement.

    d. He has incurred property damage.

    e. He has lost income.

    f. His damages are permanent.

    g. He is entitled to recover those damages by law allowed and as set out in N.C.P.I. Civil 106.00, 106.02, 106.04, 106.06, 106.08, 106.10, and 106.14 which are incorporated by reference as if fully set forth.

    h. Such other injures as may be proved upon the trial of the action.

## DEMAND

13. Blackwood demands relief for damages incurred or to be incurred in excess of ten thousand dollars ($10,000.00).

4

## PRAYER

WHEREFORE, Blackwood prays judgment of the Court as follows:

    1. That he have and recover of the Defendants, jointly and severally, relief for damages incurred or to be incurred in excess of ten thousand dollars ($10,000.00).

    2. That he have a jury trial on all issues triable by a jury.

    3. That the Court receive this verified Complaint for all purposes for which the Court receives an affidavit.

    4. For such other and further relief as the Court may deem just and proper.

This the _31st_ day of March 2015.

Bill Faison Attorney, PLLC.

By: _____

    Bill Faison N.C State Bar No. 1406
    5517 Durham Chapel Hill Blvd., Suite 1000
    Durham, NC 27707

    Tel: 919.489.9001
    Fax 919.489.5774

    Bill@BillFaisonLaw.com

5

## VERIFICATION

The undersigned Geary Blackwood first being duly sworn verifies that he has read the foregoing Complaint and the matters set forth therein are true of his own knowledge except as to those matter set forth on information and belief and as to those he believes them to be true.

This the 26th day of March 2015.

_Geary Blackwood_
Geary Blackwood

North Carolina
Durham County

Geary Blackwood appeared before the undersigned Notary Public to whom he is known and who further established his identify by examining his NC driver's license, and in the presence of the undersigned notary executed and acknowledged the due execution of the foregoing.

This the 26th day of March 2015

_Mary C Powell_                                    SEAL
Notary Public

My Commission Expires: _03/03/2017_

6

# STATE OF NORTH CAROLINA

File No.

15 CvS

ORANGE County

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
Geary Blackwood

Address

City, State, Zip

## VERSUS

Name Of Defendant(s)
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
CASE Construction Equipment Inc.

c/o C T Corporation System, Registered Agent

8020 Excelsior Drive, Suite 200

Madison                    WI  53717

Name And Address Of Defendant 2

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Bill Faison

Bill Faison Attorney, PLLC.

P.O. Box 51729

Durham, NC 27717-1729

Date Issued
4-15-15

Time
10:31

☐ AM
☐ PM

Signature
*[signature]*

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time

☐ AM
☐ PM

Signature

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served  ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served  ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

15 CV 000466

# STATE OF NORTH CAROLINA

ORANGE County

File No.

15 CvS

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
Geary Blackwood

Address

City, State, Zip

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

**VERSUS**

Name Of Defendant(s)
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Case, LLC

c/o C T Corporation System, Registered Agent

8020 Excelsior Drive, Suite 200

Madison                WI   53717

Name And Address Of Defendant 2

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Bill Faison

Bill Faison Attorney, PLLC.

P.O. Box 51729

Durham, NC 27717-1729

Date Issued
4-15-15

Time
10:37
☐ AM
☐ PM

Signature

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
   This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time
☐ AM
☐ PM

Signature

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

|                |        | File No. |
|----------------|--------|----------|
|                |        | 15 CvS   |

_____ORANGE_____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
Geary Blackwood

**Address**

**City, State, Zip**

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3, 4

**VERSUS**

**Name Of Defendant(s)**
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
CNH America, LLC.
c/o C T Corporation System, Registered Agent
8020 Excelsior Drive, Suite 200
Madison                    WI  53717

**Name And Address Of Defendant 2**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | ☐ AM |
|---|---|---|---|
| Bill Faison | 4-15-15 | 10:37 | ☐ PM |
| Bill Faison Attorney, PLLC. | Signature | | |
| P.O. Box 51729 | | | |
| Durham, NC 27717-1729 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

15 CV 000466

# STATE OF NORTH CAROLINA

*File No.*

15 CvS

ORANGE County

In The General Court Of Justice
☐ District ☒ Superior Court Division

*Name Of Plaintiff*
Geary Blackwood

*Address*

*City, State, Zip*

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3, 4

**VERSUS**

*Name Of Defendant(s)*
CASE Construction Equipment, Inc., Case, LLC, CNH America,
LLC, CNH Industrial America, LLC, Case IH, Case IH
Agricultural Equipment, INC., CNH Industrial, CNH Industrial
N.V., and Hills Machinery Company, LLC

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| CNH Industrial America, LLC | |
| c/o C T Corporation System, Registered Agent | |
| 8020 Excelsior Drive, Suite 200 | |
| Madison          WI  53717 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| Bill Faison | 4-15-15 | 10:57 | ☒ AM ☐ PM |
| Bill Faison Attorney, PLLC. | *Signature* | | |
| P.O. Box 51729 | *Jack McL* | | |
| Durham, NC 27717-1729 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | *Date Of Endorsement* | *Time* | ☐ AM ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

**RETURN OF SERVICE**

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ ORANGE _____ County

File No.
15 CvS

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
Geary Blackwood

Address

City, State, Zip

## VERSUS

Name Of Defendant(s)
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Case IH

c/o C T Corporation System, Registered Agent

8020 Excelsior Drive, Suite 200

Madison                    WI  53717

Name And Address Of Defendant 2

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Bill Faison

Bill Faison Attorney, PLLC.

P.O. Box 51729

Durham, NC 27717-1729

Date Issued
4-15-15

Time
10:37     ☐ AM
          ☐ PM

Signature
_Judy McL_

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time     ☐ AM
         ☐ PM

Signature

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

NOTE TO PARTIES: Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11          (Over)
© 2011 Administrative Office of the Courts

| RETURN OF SERVICE |
|:---:|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

15 CV 000466

# STATE OF NORTH CAROLINA

File No.

_____ 15 CvS

ORANGE County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| Geary Blackwood | |
| Address | **CIVIL SUMMONS** |
| | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| City, State, Zip | |

| **VERSUS** | G.S. 1A-1, Rules 3, 4 |
|---|---|

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC | Date(s) Subsequent Summons(es) Issued |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Case IH Agricultural Equipment, INC. | |
| c/o C T Corporation System, Registered Agent | |
| 8020 Excelsior Drive, Suite 200 | |
| Madison          WI  53717 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Bill Faison | 4-15-15 | 10:37 | ☒ AM ☐ PM |
| Bill Faison Attorney, PLLC. | Signature | | |
| P.O. Box 51729 | *Paul Nu* | | |
| Durham, NC 27717-1729 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ ORANGE _____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff* <br> Geary Blackwood | **CIVIL SUMMONS** |
| *Address* | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip* | G.S. 1A-1, Rules 3, 4 |

**VERSUS**

| | |
|---|---|
| *Name Of Defendant(s)* <br> CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC | *Date Original Summons Issued* <br><br> *Date(s) Subsequent Summons(es) Issued* |

### To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| CNH Industrial <br> c/o CNH Industrial N.V., Richard J. Tobin, CEO <br> Cranes Farm Road, Basildon, Essex, SS14 3AD <br> United Kingdom | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)* <br> Bill Faison <br> Bill Faison Attorney, PLLC. <br> P.O. Box 51729 <br> Durham, NC 27717-1729 | *Date Issued* <br> 4-15-15 | *Time* <br> 10:31 | ☐ AM <br> ☐ PM |
|---|---|---|---|
| | *Signature* <br> Neil M.C | | |
| | ☒ *Deputy CSC* | ☐ *Assistant CSC* | ☐ *Clerk Of Superior Court* |

| ☐ **ENDORSEMENT (ASSESS FEE)** <br> This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* | ☐ AM <br> ☐ PM |
|---|---|---|---|
| | *Signature* | | |
| | ☐ *Deputy CSC* | ☐ *Assistant CSC* | ☐ *Clerk Of Superior Court* |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

| **RETURN OF SERVICE** |
| :---: |

I certify that this Summons and a copy of the complaint were received and served as follows:

| **DEFENDANT 1** | | |
| :--- | :--- | :--- |
| *Date Served* | *Time Served*    ☐ AM   ☐ PM | *Name Of Defendant* |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| **DEFENDANT 2** | | |
| :--- | :--- | :--- |
| *Date Served* | *Time Served*    ☐ AM   ☐ PM | *Name Of Defendant* |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| *Service Fee Paid* <br> $ | *Signature Of Deputy Sheriff Making Return* |
| :--- | :--- |
| *Date Received* | *Name Of Sheriff (Type Or Print)* |
| *Date Of Return* | *County Of Sheriff* |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

|  | File No. |
|---|---|
|  | 15 CvS |

___ORANGE___ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff |
|---|
| Geary Blackwood |

| Address |
|---|

| City, State, Zip |
|---|

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3, 4

**VERSUS**

| Name Of Defendant(s) |
|---|
| CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC |

| Date Original Summons Issued |
|---|

| Date(s) Subsequent Summons(es) Issued |
|---|

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| CNH Industrial N.V. | |
| c/o Richard J. Tobin, CEO | |
| Cranes Farm Road, Basildon, Essex, SS14 3AD | |
| United Kingdom | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | ☒ AM |
|---|---|---|---|
| Bill Faison | 4-15-15 | 10:37 | ☐ PM |
| Bill Faison Attorney, PLLC. | Signature | | |
| P.O. Box 51729 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |
| Durham, NC 27717-1729 | | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.

15 CvS

ORANGE County

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
Geary Blackwood

Address

City, State, Zip

**VERSUS**

Name Of Defendant(s)
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH, Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V., and Hills Machinery Company, LLC

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Hills Machinery Company, LLC

c/o William S. Tedder, Registered Agent

519 Stillwater Drive

Winterville      SC   28590

Name And Address Of Defendant 2

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Bill Faison

Bill Faison Attorney, PLLC.

P.O. Box 51729

Durham, NC 27717-1729

Date Issued
4-15-15

Time
10-37

☐ AM
☐ PM

Signature
Pd Md

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
   This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time

☐ AM
☐ PM

Signature

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.
15 CvS

ORANGE County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

Name Of Plaintiff
Geary Blackwood

Address

City, State, Zip

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

**VERSUS**

Name Of Defendant(s)
CASE Construction Equipment, Inc., Case, LLC, CNH America, LLC, CNH Industrial America, LLC, Case IH,  Case IH Agricultural Equipment, INC., CNH Industrial, CNH Industrial N.V.,  and Hills Machinery Company, LLC

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Hills Machinery Company, LLC

c/o James M. Hills, III, Officer/Member

1014 Atlas Way

Columbia          SC  29209

Name And Address Of Defendant 2

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Bill Faison

Bill Faison Attorney, PLLC.

P.O. Box 51729

Durham, NC 27717-1729

Date Issued
4-15-15

Time
10:37

☐ AM
☐ PM

Signature
Jack McL

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time

☐ AM
☐ PM

Signature

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| | |
| Date Of Return | County Of Sheriff |
| | |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
ORANGE COUNTY    2015 MAY 22  AM 9: 37      SUPERIOR COURT DIVISION

GEARY BLACKWOOD                          )
                                         )
        Plaintiff                        )
                                         )
        v.                               )       15-CvS-466
                                         )
CASE CONSTRUCTION EQUIPMENT INC.,        )
CASE, LLC, CNH AMERICA, LLC,             )
CNH INDUSTRIAL AMERICA, LLC, CASE IH,    )
CASE IH AGRICULTURAL EQUIPMENT, INC.,    )
CNH INDUSTRIAL, CNH INDUSTRIAL N.V.      )
AND, HILLS MACHINERY COMPANY, LLC        )
                                         )
        Defendant                        )
                                         )

---

NOTICE OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE
CONSTRUCTION EQUIPMENT INC.; CASE, LLC; CNH AMERICA, LLC;
CASE IH; CASE IH AGRICULTURAL EQUIPMENT, INC.; CNH INDUSTRIAL;
AND, CNH INDUSTRIAL N.V.

---

Now Comes the Plaintiff giving NOTICE that it does herby
take a Voluntary Dismissal WITHOUT Prejudice of this action
pursuant to Civil Procedure Rule 41 (a)(1)(i) as to only CASE
CONSTRUCTION EQUIPMENT INC.; CASE, LLC; CNH AMERICA, LLC; CASE
IH; CASE IH AGRICULTURAL EQUIPMENT, INC.; CNH INDUSTRIAL; AND,
CNH INDUSTRIAL N.V. This action shall continue as to Defendants
CNH INDUSTRIAL AMERICA, LLC., and HILLS MACHINERY COMPANY, LLC
which are NOT dismissed from this action.

This the 22 day of May, 2015.


BILL FAISON ATTORNEY, PLLC


BY: _____
    Bill Faison
    North Carolina State Bar No. 1406

Attorneys for Plaintiff
4501 Efland Cedar Grove Rd.
Hillsborough, North Carolina 27278
Telephone: (919) 489-9001
Fax: 919-245-3238

Email: Bill@BillFaisonLaw.com


267183/P/004 Not. Vol. Dis. WO Prejudice

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party (if more than one party then counsel for each party) in the foregoing matter with a copy of the Notice of Dismissal Without Prejudice by hand delivery, facsimile and/or depositing in the United States mail, a copy in a properly addressed envelope postpaid pursuant to Rule 5 of the Rules of Civil Procedure. The names and addresses of the attorneys served appear below:

Martin A. Conn
Moran Reeves & Conn P.C
100 Shockoe Slip
4th Floor
Richmond, VA 23219

James Thornton
Cranfill Sumner & Hartzog, LLP
5420 Wade Park Blvd., Suite 300
Raleigh, NC 27607

Chris Skinner
Broughton Wilkins Sugg & Thompson
P.O. Box 27602
Raleigh, NC 27602

This the 22 day of May, 2015.

BILL FAISON ATTORNEY, PLLC

BY: _____
Bill Faison
North Carolina State Bar No. 1406

Attorneys for Plaintiff
4501 Efland Cedar Grove Rd.
Hillsborough, North Carolina 27278
Telephone: (919) 489-9001
Fax: 919-245-3238
Email: Bill@BillFaisonLaw.com